# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00052-CV

### In re Daniel Irons, Steven Traweek, Michael Cohen, Robert Flanakin, and Pathology Resource Consultants, LP

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators Daniel Irons, Steven Traweek, Michael Cohen, Robert Flanakin, and Pathology Resource Consultants, LP have filed an Unopposed Motion to Dismiss Mandamus Petition. In this unopposed motion, relators assert that they have settled their dispute and that the Real Party in Interest does not oppose their motion to dismiss. We vacate our Order signed January 29, 2008, granting relators' Emergency Motion for Temporary Relief, grant relators' Unopposed Motion to Dismiss Mandamus Petition, and dismiss this petition for writ of mandamus.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   February 8, 2008